No. 396. SUTHERLAND PAPER Co. *v.* GRANT PAPER BOX Co. ET AL. C. A. 3d Cir. Certiorari denied. *Raymond F. Adams, Mahlon E. Lewis* and *Curt Von Boetticher, Jr.* for petitioner. *Wm. H. Parmelee* and *Carl E. Glock* for respondents.

No. 400. CRANE COMPANY *v.* CARSON, COMMISSIONER OF FINANCE AND TAXATION. Supreme Court of Tennessee. Certiorari denied. *Charles L. Claunch* for petitioner. *William F. Barry* for respondent.

No. 404. WESTERN PACIFIC RAILROAD Co. *v.* PACIFIC PORTLAND CEMENT Co. C. A. 9th Cir. Certiorari denied. *Harriet P. Tyler* for petitioner. *Eugene M. Prince* and *Eugene D. Bennett* for respondent. *Daniel W. Knowlton* and *Charlie H. Johns* filed a brief for the Interstate Commerce Commission, as *amicus curiae,* supporting the petition.

No. 418. CONSOLIDATED GAS ELECTRIC LIGHT & POWER Co. *v.* PENNSYLVANIA WATER & POWER CO. ET AL.; and

No. 424. HESSEY ET AL., CONSTITUTING THE PUBLIC SERVICE COMMISSION OF MARYLAND, *v.* PENNSYLVANIA WATER & POWER Co. ET AL. C. A. 4th Cir. Certiorari denied. *Harry N. Baetjer, Alfred P. Ramsey* and *John Henry Lewin* for petitioner in No. 418. *Charles D. Harris* for petitioners in No. 424. *James Piper* and *Wilkie Bushby* for the Pennsylvania Water & Power Co.; and *Thomas M. Kerrigan* and *Charles E. Thomas* for the Pennsylvania Public Utility Commission, respondents. Reported below: 184 F. 2d 552.

No. 94, Misc. CROSBY *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *John A. Johnson* and *Duke Duvall* for petitioner. *Solicitor General Perlman, Assistant*

*Attorney General McInerney, Philip R. Monahan* and
*Robert G. Maysack* for the United States. 

No. 219, Misc. Roy *v.* Louisiana. Supreme Court of
Louisiana. Certiorari denied. 

No. 250, Misc. Turk *v.* Claudy, Warden. Supreme
Court of Pennsylvania. Certiorari denied.

No. 257, Misc. Morris *v.* Claudy, Warden. Supreme
Court of Pennsylvania. Certiorari denied.

No. 262, Misc. Hovermale *v.* California. Supreme
Court of California. Certiorari denied.

No. 12, Original. United States *v.* Louisiana, 339
U. S. 699. The motion for leave to file a second petition
for rehearing is denied. Mr. Justice Jackson and Mr.
Justice Clark took no part in the consideration or deci-
sion of this application.

No. 13, Original. United States *v.* Texas, 339 U. S.
707. Rehearing denied. Mr. Justice Jackson and Mr.
Justice Clark took no part in the consideration or deci-
sion of this application.

No. 5. Compagna et al. *v.* Hiatt, Warden, *ante,* p.
880. Rehearing denied. Mr. Justice Clark took no
part in the consideration or decision of this application.

No. 322. Transamerica Corporation et al. *v.* Board
of Governors of the Federal Reserve System; and
No. 323. Bank of America National Savings &
Trust Association et al. *v.* Board of Governors of the
Federal Reserve System, *ante,* p. 883. Rehearing
denied.